**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                                           **Case No. 8:06-cr-515-T-30TBM**

**OCTAVIUS JEFFERSON,**

    **Defendant.**
_____/

**O R D E R**

THIS MATTER is again before the court on the Defendant's **Motion for Competency Evaluation** (Doc. 44). By order dated May 4, 2007, the court granted this motion and ordered Dr. Donald Taylor to conduct an independent psychiatric examination of the Defendant to determine his competence for trial. The examination was conducted May 17, 2007. As reflected in Dr. Taylor's report, his evaluation of the Defendant reflects he suffers from a history consistent with substance use disorder and personality disorder with evidence of current mild symptoms of depression. However, Defendant's current situation is not so severe that it impairs his competency to stand trial on this cause. By Dr. Taylor's conclusion, the Defendant has the intellectual capacity and mental competence to consult with his attorney and to understand the nature of the charges and the proceedings against him. At the hearing conducted June 7, 2007, the Defendant was offered the opportunity for further proceedings on the matter. The Defendant and counsel agree with the conclusions of Dr. Taylor and request no further hearing. The court too agrees with the conclusions of Dr. Taylor. The court has twice conducted hearings with the Defendant and on both occasions, he evidenced complete

understanding of the proceedings and the ability to consult effectively with his attorney. Given the conclusions of Dr. Taylor, the court finds the Defendant competent to proceed to trial in this cause.

**Done and Ordered** in Tampa, Florida this 7th day of June 2007.

THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable James S. Moody, Jr.
Patricia Kerwin, Assistant United States Attorney
John Kingston, Attorney for Defendant