UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**     Case No. 8:06-cr-515-T-30TBM

**OCTAVIUS JEFFERSON,**

    **Defendant.**
_____/

**O R D E R**

    THIS MATTER is before the court on **Defendant Jefferson's Second In Camera Ex Parte Motion to Withdraw** (S-9). A hearing was conducted on July 25, 2007, including a portion held *in camera* and *ex parte* with the Defendant and counsel.

    Upon consideration, **Defendant Jefferson's Second In Camera Ex Parte Motion to Withdraw** (S-9) is **DENIED**.

    **Done and Ordered** in Tampa, Florida this 26th day of July 2007.

_____
THOMAS B. McCOUN III
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Honorable James S. Moody, Jr.
Patricia Kerwin, Assistant United States Attorney
John Kingston, Attorney for Defendant