UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA, :
:
    Plaintiff, :
:
v. : CASE NO. 8:06-cr-515-T-30TBM
:
OCTAVIUS JEFFERSON, :
:
    Defendant. :
:

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion (Dkt. #112) by the United States for a Final Judgment of Forfeiture for the following property:

    a.    Glock, model 30 .45 caliber pistol, serial number: EGP592US;

    b.    Armi Elli Tanfoglio, model TA22, .22 caliber revolver, serial number: 86918;

    c.    Hi-Point, Beemiller, model C9, 9mm pistol, serial number: P183467;

    d.    Winchester .45 caliber ammunition;

    e.    Winchester 9mm Luger ammunition; and

    f.    .22 caliber ammunition.

    1.    On September 25, 2007, the United States filed a Motion for Entry of a Preliminary Order of Forfeiture, seeking forfeiture of defendant Octavius

Jefferson's interest in the weapons identified in the Indictment, pursuant to the provisions of 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).  (Doc. 100).

2. On September 25, 2007, the Court granted the United States' motion and entered the Preliminary Order of Forfeiture (Doc. 101), forfeiting to the United States of America all right, title, and interest of defendant Octavius Jefferson in the weapons listed above.

3. In accordance with the provisions of 21 U.S.C. § 853(n), the United States published notice of the forfeiture, and of its intent to dispose of the properties, in the *Tampa Tribune*, a newspaper of general circulation in Hillsborough County, Florida on February 18, 2008, February 25, 2008 and March 3, 2008.  (Doc. 111). The publication gave notice to all third parties with a legal interest in the subject property to file with the Office of the Clerk, United States District Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor, 801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their interest within 30 days of the final date of publication.

4. No persons or entities, other than the defendant Octavius Jefferson, whose interest was forfeited to the United States in the Preliminary Order of Forfeiture, is known to have an interest in the subject property.  To date, no third party, has filed a Petition to Adjudicate Interest in the subject properties to date, and the time for filing such Petition has expired.

5.      The Court finds that the subject property is the property of defendant Octavius Jefferson.

Accordingly, it is hereby

**ORDERED, ADJUDGED** and **DECREED** that the United States' motion (Dkt. #112) is GRANTED.  It is FURTHER ORDERED that all right, title and interest in the following property is CONDEMNED and FORFEITED to the United States of America, pursuant to the provisions of Fed. R. Crim. P. 32.2(c)(2) and 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), for disposition according to law:

- a. Glock, model 30 .45 caliber pistol, serial number: EGP592US;

- b. Armi Elli Tanfoglio, model TA22, .22 caliber revolver, serial number: 86918;

- c. Hi-Point, Beemiller, model C9, 9mm pistol, serial number: P183467;

- d. Winchester .45 caliber ammunition;

- e. Winchester 9mm Luger ammunition; and

- f. .22 caliber ammunition.

Clear title to the property is now vested in the United States of America.

**DONE** and **ORDERED** in Tampa, Florida on April 4, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cr-515.fj forfeiture 112.wpd

3